```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 121
Sausalito, CA  94965
Telephone:  (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>A QUALITY HEATING & AIR, etc.,<br><br>        Defendant. | NO.  C 11 1033 MEJ<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for June 16, 2011 be continued to September 22, 2011 at 10:00 a.m. in Courtroom No. B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: June 1, 2011

_____
Magistrate Judge Maria-Elena James

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE