```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 121
3  Sausalito, CA  94965
   Telephone:  (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> A QUALITY HEATING & AIR, etc., <br><br> Defendant. | NO.  C 11 1033 MEJ <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for September 22, 2011 be continued to December 15, 2011 at 10:00 a.m. in Courtroom No. B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All deadlines adjust accordingly.

Dated: September 7, 2011

_____
Magistrate Judge Maria-Elena James

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE