1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 121
3  Sausalito, CA  94965
   Telephone:  (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

11 BOARD OF TRUSTEES OF THE SHEET METAL ) NO.  C 11 1033 MEJ
   WORKERS, et al.,                     )
12                                      )
              Plaintiffs,               )   ORDER TO CONTINUE CASE
13                                      )   MANAGEMENT CONFERENCE
          vs.                           )
14                                      )
   A QUALITY HEATING & AIR, etc.,       )
15                                      )
              Defendant.                )
16 _____)

17        IT IS ORDERED that the Case Management Conference in this

18 case set for September 22, 2011 be continued to December 15, 2011 at

19 10:00 a.m. in Courtroom No. B, 15th Floor, 450 Golden Gate Avenue, San

20 Francisco, California. All deadlines adjust accordingly.

21 Dated: September 7, 2011            _____
                                        Magistrate Judge Maria-Elena James

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE