```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
3030 Bridgeway, Suite 121
Sausalito, CA 94965
Telephone:  (415) 729-9006
Facsimile:  (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>            Plaintiffs,<br><br>  vs.<br><br>A QUALITY HEATING & AIR,<br><br>            Defendant. | NO. C 11 1033 MEJ<br><br>JUDGMENT PURSUANT TO STIPULATION |

      It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, through their attorneys, and defendant, A QUALITY HEATING & AIR, INC., a California corporation, have Stipulated that plaintiffs have and recover judgment from defendant and it appearing that the Stipulation is in all respects proper and that the Stipulation provides for judgment against defendant in the amount of $6,100.48,

      IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA,

JUDGMENT PURSUANT TO STIPULATION        1

**SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, have and recover judgment from defendant, A QUALITY HEATING & AIR, INC., a California corporation, in the amount of $6,100.48, which is composed of the following:**

**1. Liquidated damages due and unpaid to the Plaintiff Trust Funds for various months during the period December 2009 through November 2010 on Employer No. 316485 and 316486 in the amount of $6,100.48.**

**IT IS FURTHER ORDERED AND ADJUDGED that an abstract of judgment will be recorded but execution will not issue on the judgment so long as defendant fully complies with the following conditions:**

**1. Defendant shall make payments of all ongoing amounts to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST FUNDS pursuant to contract between defendant and Local Union 104 of the Sheet Metal Workers' International Association for hours worked by defendant's employees, commencing with payment for July 2011 hours due on or before August 20, 2011 and continuing until the full amount of this judgment is paid. Each of said payments will be made by check payable to SHEET METAL WORKERS TRUST FUNDS and sent to the Benesys.**

**2. Defendant shall pay the amount of the liquidated damages in five equal monthly installments of $1,220.09 commencing on August 25, 2011 and continuing on the 25th day of each of the four months thereafter until the full amount is paid. Checks shall be made payable to SHEET METAL WORKERS TRUST FUNDS and sent to the collection attorney, ERSKINE & TULLEY, 3030 Bridgeway, Suite 121, Sausalito, CA 94965, Attention: Michael Carroll.**

**3. Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by**

**JUDGMENT PURSUANT TO STIPULATION              2**

1 both the Plaintiffs and the Defendant.

2     IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the
3 Defendant to make any of it's monthly contribution payments pursuant
4 to the collective bargaining agreement as set forth in paragraph 1
5 above, and the monthly installment payments in a timely manner as
6 required pursuant to the terms of paragraph 2 of the stipulation,
7 execution on the entire judgment reduced by any offsets for payments
8 made, shall issue only after ten (10) days written notice to the
9 Defendant that Plaintiffs or Plaintiffs' attorney declares a default
10 and intends to file a Declaration stating that a default has occurred
11 on the part of the defendant.  Defendant waives notice of any hearing
12 held by the court upon the earlier execution of this judgment or
13 Plaintiffs' declaration.

14     Defendant is not represented by counsel and has been advised
15 to seek the advice of counsel before signing this Stipulation for
16 Judgment.

17 Dated: _September 14, 2011_          _____
                                        Magistrate Maria-Elena James

**JUDGMENT PURSUANT TO STIPULATION**    3