```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (ST. BAR #50246)
    3030 Bridgeway, Suite 121
 3  Sausalito, CA 94965
    Telephone:  (415) 729-9006
 4  Facsimile:  (415) 729-9023

 5  Attorneys for Plaintiffs

 6

 7

 8              UNITED STATES DISTRICT COURT

 9              NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE SHEET METAL )   NO. C 11 1033 MEJ
    WORKERS, et al.,                     )
12                                       )
                     Plaintiffs,         )   JUDGMENT PURSUANT TO
13                                       )   STIPULATION
            vs.                          )
14                                       )
    A QUALITY HEATING & AIR,             )
15                                       )
                     Defendant.          )
16  _____ )
```

17          It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SHEET

18  METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL

19  WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS

20  LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, through

21  their attorneys, and defendant, A QUALITY HEATING & AIR, INC., a

22  California corporation, have Stipulated that plaintiffs have and

23  recover judgment from defendant and it appearing that the Stipulation

24  is in all respects proper and that the Stipulation provides for

25  judgment against defendant in the amount of $6,100.48,

26          IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF

27  TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN

28  CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA,

JUDGMENT PURSUANT TO STIPULATION          1

1 | **SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE**
2 | **WORD, TRUSTEE, have and recover judgment from defendant, A QUALITY**
3 | **HEATING & AIR, INC., a California corporation, in the amount of**
4 | **$6,100.48, which is composed of the following:**

5 |     **1.  Liquidated damages due and unpaid to the Plaintiff**
6 | **Trust Funds for various months during the period December 2009 through**
7 | **November 2010 on Employer No. 316485 and 316486 in the amount of**
8 | **$6,100.48.**

9 |     **IT IS FURTHER ORDERED AND ADJUDGED that an abstract of**
10 | **judgment will be recorded but execution will not issue on the judgment**
11 | **so long as defendant fully complies with the following conditions:**

12 |     **1.  Defendant shall make payments of all ongoing amounts**
13 | **to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST**
14 | **FUNDS pursuant to contract between defendant and Local Union 104 of**
15 | **the Sheet Metal Workers' International Association for hours worked**
16 | **by defendant's employees, commencing with payment for July 2011 hours**
17 | **due on or before August 20, 2011 and continuing until the full amount**
18 | **of this judgment is paid.  Each of said payments will be made by check**
19 | **payable to SHEET METAL WORKERS TRUST FUNDS and sent to the Benesys.**

20 |     **2. Defendant shall pay the amount of the liquidated damages**
21 | **in five equal monthly installments of $1,220.09 commencing on August**
22 | **25, 2011 and continuing on the 25th day of each of the four months**
23 | **thereafter until the full amount is paid. Checks shall be made payable**
24 | **to SHEET METAL WORKERS TRUST FUNDS and sent to the collection**
25 | **attorney, ERSKINE & TULLEY, 3030 Bridgeway, Suite 121, Sausalito, CA**
26 | **94965, Attention: Michael Carroll.**

27 |     **3. Plaintiffs and Defendant each understand and agree that**
28 | **any modification of payments must be made in writing and agreed to by**

**JUDGMENT PURSUANT TO STIPULATION            2**

both the Plaintiffs and the Defendant.

IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the Defendant to make any of it's monthly contribution payments pursuant to the collective bargaining agreement as set forth in paragraph 1 above, and the monthly installment payments in a timely manner as required pursuant to the terms of paragraph 2 of the stipulation, execution on the entire judgment reduced by any offsets for payments made, shall issue only after ten (10) days written notice to the Defendant that Plaintiffs or Plaintiffs' attorney declares a default and intends to file a Declaration stating that a default has occurred on the part of the defendant.  Defendant waives notice of any hearing held by the court upon the earlier execution of this judgment or Plaintiffs' declaration.

Defendant is not represented by counsel and has been advised to seek the advice of counsel before signing this Stipulation for Judgment.

Dated: _September 14, 2011_____     _____
                                         Magistrate Maria-Elena James

**JUDGMENT PURSUANT TO STIPULATION**                3